UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jacqueline Mars,                                            Case No. 3:21-cv-1807

    Plaintiff,

v.                                                          JUDGMENT ENTRY

Dana, Inc.,

    Defendant.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Defendant's motion for summary judgment as to all of Plaintiff's claims. (Doc. No. 14).

So Ordered.

    s/ Jeffrey J. Helmick
    United States District Judge